UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA
99 N. E. 4TH STREET
Miami, Florida 33132

## CITIZEN'S COMPLAINT

Please Note: The United States Attorney is responsible for the prosecution of violations of federal laws and for representing officers and agencies of the federal government in civil actions. Accordingly, our office can only undertake those cases falling within our authority.

If you will provide us with the facts of your complaint, inquiry will be made to determine whether facts merit action by this office.

If you have any questions, please indicate them on this form. You may take this form with you, and, when you have completed it, mail it to the above address. Make a copy for your record. The U.S. Attorney's Office does not provide service copy. (325) 961-9173

———————————(Do not write above this line)———————————

Date of this form: 10-10-2014
Name: Nigel Goring
Residence: 2516 NW 52 Ave
Lauderhill FL 33313

Telephone: (Res.) 954-4640153
(Bus.)

Have you advised your attorney of this complaint to this office?

If you were referred to this office by an agency or public official, name them: NO

Have you ever presented a complaint or information to this office before? NO

If you have an attorney representing you in this matter, give his name & address. NO

If so, when?

List all public agencies you have contacted regarding this complaint: Non

Is there a court action pending which pertains to this matter? Yes

Have you advised your attorney of this complaint to this office? No Attorney

Case Number & Court: Broward County Court House Case # 13004777

State the details of your complaint or information. Use the reverse side if necessary. If you have any relevant documents, please attach xerox copies only -- <u>DO NOT ATTACH ORIGINAL DOCUMENTS</u>. Do you represent the facts below as true? (Yes/____)

_Nigel Goring_ UCC.1-308
SIGNATURE

I, like to bring to the Attention of the people, That I have being staying at 2516 NW 52 Ave on or about May 15-2013 such place was abandoned house so I keep up with paying light Bill and Cleaing the place to be ~~livebable~~ liveable, Then I got a mail That Said that Bank owened this Place at 2516 NW 82 Ave ~~(33313)~~ Lauderhill FL 33313, The attroney that Send They mail Say he is Repsented The Bank so we ~~should~~ start exchange Paper work So the Bank ~~ectted~~ Default on Every thing that the Claim, They Could not prove a claim, The Attroney has a Commercial Affidavit filed on him that is Kass Shuler, P.A repsented for J.P. Morgan Bank